<u>Adjourned Date & Time</u>
April 23, 2025 at 2:00 pm

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                    Chapter 11

  **MARCO'S PIZZA OF N.Y. CORP**,                   Case No. 25-10468-JPM

                      Debtors.         (Jointly Administered)
------------------------------------------------------------X

<u>**NOTICE OF ADJOURNMENT**</u>

      **PLEASE TAKE NOTICE** that the section 341 meeting in the above-referenced Chapter 11 cases has been adjourned from April 16 2025 at 2:00 pm to **April 23 at 2:00 pm**.

DATED:   New York, New York
            April 15, 2025

                                        SHAFFERMAN & FELDMAN LLP
                                        Proposed Counsel for the Debtors
                                        137 Fifth Avenue, 9th Floor
                                        New York, New York 10010
                                        (212) 509-1802

                                        <u>By: Joel M. Shafferman_____</u>
                                        Joel M. Shafferman